UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Bryan Joseph Kruchten,

          Plaintiff,

v.

Sherburne Health and Human Services Department and County of Sherburne, Minnesota,

          Defendants.

Civil No. 14-cv-1674 (MJD/HB)

ORDER ON REPORT
AND RECOMMENDATION

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge.  No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation is **ADOPTED**;

2. Plaintiff's application for leave to proceed *in forma pauperis* (ECF No. 2) is **DENIED**; and

3. This action is **DISMISSED WITHOUT PREJUDICE.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  August 11, 2014

                                            s/Michael J. Davis
                                            MICHAEL J. DAVIS
                                            Chief United States District Judge